☑ Priority
___ Send
___ Clsd
☑ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S DISTRICT COURT

DEC 11 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK, U.S. DISTRICT COURT

DEC 11 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE KENNETH ALFARO<br><br>　　　　　Plaintiff,<br><br>vs<br><br>CITY OF LOS ANGELES, ET AL<br><br>　　　　　Defendants. | CASE NO. CV00-4436-GAF(AJWx)<br><br>ORDER DISMISSING ACTION BY REASON OF SETTLEMENT |

The Court has been advised by counsel that this action has been settled and it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that the action is dismissed with prejudice. The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed and further litigation is necessary.

Dated: 12-11-00

GARY ALLEN FEESS
United States District Judge

___ ☑ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

58